Request for Jurisdiction Transfer  August 22, 2025
Name of Offender: Kenon Shuler  2:21-CR-00102-MWF

✎PROB 22
(Rev. 01/24)

**DOCKET NUMBER** *(Tran. Court)*
2:21-CR-00102-MWF

## TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Rec. Court)*
2:25-cr-00259-JAD-BNW-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Mr. Kenon Shuler | Central of California | Western |

✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON

AUG 26 2025

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi  DEPUTY

| NAME OF SENTENCING JUDGE |
|---|
| Honorable Michael W. Fitzgerald |

| DATES OF PROBATION/SUPERVISED RELEASE | FROM April 17, 2024 | TO April 16, 2027 |
|---|---|---|

**OFFENSE**
Count 1: 21 U.S.C. 846, 841(a)(1), 841(b)(1)(C): Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substance

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Prosocial ties, employment/education opportunities, living in the District of Nevada for duration of supervision.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   CENTRAL   DISTRICT OF   CALIFORNIA

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>District of Nevada</u> upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

August 25, 2025
*Date*

*/s/ Michael W. Fitzgerald*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   DISTRICT OF   NEVADA

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/27/2025
*Effective Date*

*United States District Judge*